

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LOWER VALLEY WATER DISTRICT, | § | No. 08-17-00261-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| DANNY SANDER CONSTRUCTION, INC., | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2017-DCV2643) |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below, in accordance with this Court's opinion. We further order that Appellee recover from Appellant and its sureties, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JULY, 2019.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.